UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2016 JAN 28 AM 9:42

David Carter
Pro Se

*(In the space above enter the full name(s) of the plaintiff(s).)*

16 CV 0643

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

-against-

New York City Correction Officer Lamont [shield] #8650 [Male]

New York City Correction Officer Ryan 4278 [Male] [Hispanic Male]

New York City Correction Officer John Doe who worked the 7-3 tour @ Q lower 2+4

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name David Carter
ID # 349-416-00020
Current Institution AMKC - Rikers Island
Address 18-18 Hazen St.
East Elmhurst, N.Y. 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name Correction Officer Lamont  Shield # 8650
Where Currently Employed N.Y.C. Dept. of Correction
Address 18-18 Hazen St. AMKC - Rikers Island

*Rev. 05/2010*

1

| | | |
|---|---|---|
| Defendant No. 2 | Name Correction Officer RYAN | Shield # 4278 |
| | Where Currently Employed N.Y.C. Dept. of Correction | |
| | Address 18-18 Hazen St. East Elmhurst, N.Y. 11370 | |

| | | |
|---|---|---|
| Defendant No. 3 | Name John Doe Hispanic Male | Shield # |
| | Where Currently Employed N.Y.C. Dept. of Correction | |
| | Address 18-18 Hazen St. AMKC, Rikers Island | |

| | | |
|---|---|---|
| Defendant No. 4 | Name _____ | Shield # ___ |
| | Where Currently Employed _____ | |
| | Address _____ | |

| | | |
|---|---|---|
| Defendant No. 5 | Name _____ | Shield # ___ |
| | Where Currently Employed _____ | |
| | Address _____ | |

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
A.M.K.C. 18-18 Hazen St. Rikers Island C-95 C-71

B. Where in the institution did the events giving rise to your claim(s) occur?
at an inmate housing location in dayroom and 2B cell Quad Lower 2 or 4

C. What date and approximate time did the events giving rise to your claim(s) occur?
Monday 11 2016 Approx: 1:40 pm
7 to 3 tour AMKC

*Rev. 05/2010*                              2

D. Facts:

*What happened to you?*
*Who did what?*
*Was anyone else involved?*
*Who else saw what happened?*

On Monday 11th 2016 at A.M.K.C. (Rikers Island) @ Lower Quad 2 or 4 an inmate challenged me to fight. An altercation pursued between me and challenging inmate. After complying with direct order from Correction Officer Lamont #8650 to stop chasing the words of officer Damon locked me in 23 cell and tryed to lock the inmate aggressor. The inmate aggressor threw hot boiling water on my face and neck.

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Recieved extreme pain from hot boiling water and was seen 2 hours later after delay of emergency medical service.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓  No ___

*Rev. 05/2010*                                    3

FACTS: CONTINUED

The three defendants deliberately failed to protect me from hot water attack and furthermore deliberately denied me immeadiate emergency medical.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

  Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

  Yes ___   No ___   Do Not Know ✓

  If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

  Yes ✓   No ___

  If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

  Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? I gave grievance to officer

  1. Which claim(s) in this complaint did you grieve? I greived the fact that after original altercation with inmate officer Lamont failed to report incident

  2. What was the result, if any? to area supervisor

  3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. There is no record of officer making report about initial altercation where as I did make medical report later

F. If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here: I also called Inspector Generals office and made complaint.

  2. If you did not file a grievance but informed any officials of your claim, state who you informed. I spoke to Deputy Warden and explained

*Rev. 05/2010*                                  4

that after initial Altercation with inmate officer Lamont secured me in #23 cell Quad Lower 3 or 4 he failed to secure other inmate in his cell where he scalded me

when and how, and their response, if any: *I am awaiting word from I.G. and will contact CNX District Attorney Office Lamont Gillard did NOT report this incident immeadiately to a supervisor and allowed inmate to throw boiling hot water in my face*

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). *On me and throat area*

*I wish to recieve $13 million dollars for Neglect of Safety and pain and suffering and also the court to set forth a memorandum on safety concerns for inmates.*

VI. **Previous lawsuits:**

[On these claims]

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No __✓__

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

---

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ✓ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of January, 2016

Signature of Plaintiff: Mr. David Carter Jr.
Inmate Number: 3497600020
Institution Address: A.M.K.C. - 18-18 Hazen St. Rikers Island East Elmhurst, NY 11370

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 15th day of January, 2016, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: David Carter

Mr. David Carter #3491600020
A.M.K.C. - Rikers Island
18-18 Hazen Street
East Elmhurst, N.Y. 11370

Legal Mail

USM P3
SDNY

To: Office of
SE Clerk
United States District Court
500 Pearl Street
New York, N.Y. 10007